UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **LOLA LUCIO, Individually,** | : |
| **Plaintiff,** | : |
| v. | : Case No. 4:21-cv-12850 |
| **VICTORY SEVEN, LLC** **A Domestic Limited Liability Company** | : |
| **Defendant.** | : |

## STIPULATED ORDER OF DISMISSAL

The parties having stipulated to the entry of an Order dismissing, without prejudice, this action, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that the above-entitled case **BE**, and hereby **IS**, **DISMISSED WITHOUT PREJUDICE**, and without costs or attorney fees to any party.

Dated:  June 23, 2022     s/George Caram Steeh
GEORGE CARAM STEEH
United States District Judge

The parties, through their counsel, hereby stipulate to the entry of the above Stipulated Order to Dismiss the Complaint.

Stipulated and agreed to this 23rd day of June 2022 by:

*/s/ Pete M. Monismith*     */s/ Michael Gildner*
Pete M. Monismith (P78186)    Michael Gildner (P49732)
Attorney for Plaintiff    Attorney for Defendant